**Affirmed and Memorandum Opinion filed February 18, 2021.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-19-00802-CR

---

### JOEL BLAIR, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 244th District Court**
**Ector County, Texas**
**Trial Court Cause No. C-17-1047-CR**

---

## M E M O R A N D U M   O P I N I O N

Appellant Joel Blair appeals his conviction for driving while intoxicated Tex. Penal Code § 49.09(b)(2). Appellant's appointed counsel filed a brief in which he concludes the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807, 811–13 (Tex. Crim. App. 1978).

A copy of counsel's brief was delivered to appellant. Appellant was advised of his right to inspect the appellate record and file a pro se response to the brief. *See Stafford v. State*, 813 S.W.2d 503, 512 (Tex. Crim. App. 1991). As of this date, more than 60 days have passed and no pro se response has been filed.

We have carefully reviewed the record and counsel's brief and agree the appeal is frivolous and without merit. Further, we find no reversible error in the record. We are not to address the merits of each claim raised in an *Anders* brief when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

Accordingly, the trial court's judgment is affirmed.

PER CURIAM

Panel consists of Justices Wise, Zimmerer and Poissant.

Do Not Publish — Tex. R. App. P. 47.2(b).